BUSH *v.* COWART & DANCER.

PER CURIAM. Upon consideration of the entire record and all of the facts in the case, we are of the opinion that the judgment rendered by the Court of Appeals was not erroneous.

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Atkinson, J., dissenting.*

RUSSELL, C. J., dissenting. In my opinion the evidence did not demand a finding that the defendant consented to the increase in the rate of storage. In that view, upon application of the principle ruled in the decision in the case of *Garmany* v. *Rust*, 35 *Ga.* 109, and the provisions of the Civil Code (1910), § 1, par. 4, relating to the binding effect of customs of trade, it was erroneous to reject the evidence tending to show a custom of trade, as set forth in the fourth ground of the motion for a new trial. I am authorized to say that Mr. Justice Atkinson concurs in this dissent.

No. 3749. MARCH 1, 1924.

Certiorari; from Court of Appeals. 30 *Ga. App.* 138.
*Pottle & Hofmayer,* for plaintiff in error.
*P. D. Rich,* contra.

---

O'NEAL *v.* PERRY *et al.*

This case came before this court upon a writ of error from the superior court of Seminole County and was decided on January 22, 1924, and a rehearing was granted; and the same being for decision by a full bench of six Justices, who are evenly divided in opinion, Russell, C. J., and Hill and Gilbert, JJ., favoring a reversal, and Beck, P. J., and Atkinson and Hines, JJ., favoring an affirmance of the judgment, the judgment of the court below stands affirmed by operation of law.

No. 3787. MARCH 1, 1924.

Petition for injunction. Before Judge Worrill. Seminole superior court. May 4, 1923.
*T. S. Hawes and M. E. O'Neal,* for plaintiff.
*R. H. House* and *R. L. Cox,* for defendants.

---

VALDOSTA BANK & TRUST COMPANY *v.* DAVIS.

The facts set forth in the plaintiff's petition showed that he was not entitled to the relief sought; and the defendant having demurred upon that ground, the petition should have been dismissed.

No. 3837. MARCH 1, 1924.